UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 17-27340
Brittney Crittle and Maurice Williams  )
) Chapter: 13
) Honorable LaShonda Hunt
)
)
Debtor(s)  )

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM 7-2

This cause coming to be heard on the Objection of the Debtors for entry of an Order regarding Claim 7-2, the claim filed by the Internal Revenue Service; the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtors' Objection, detailed in this Motion, to Claim 7-2 filed by the Internal Revenue Service for Internal Revenue Taxes is hereby Sustained.
2. That the priority debt of Claim 7-2 should be allowed in the amount of $19,897.04.
3. That the general debt of Claim 7-2 should be allowed in the amount of $2,487.15.

Enter:  *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: December 04, 2017

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625